UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-243 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| GUISEPPE RUSSO, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Russo*, case no. 2:17-cr-00243-JCM-NJK. Guiseppe Russo ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 52). The court has examined the petition, which requests the court vacate his conviction and dismiss his indictment pursuant to the Supreme Court's decision in *Rehaif v. United States*, 139 S. Ct. 2191 (2019). *Id.*

The court finds that further briefing is appropriate. The United States of America ("respondent") shall file a response within twenty-one days from the date of this order. Thereafter, petitioner will have fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 52) no later than twenty-one (21) days from the date of this order. If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   The clerk is instructed to file this order in the instant matter and in the related civil case,
2   no. 2:20-cv-00697-JCM.
3   DATED May 26, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -